# United States Court of Appeals
## For the First Circuit

No. 20-1855

VÍCTOR J. SALGADO & ASSOCIATES INC., as 100% Stockholder of
Víctor J. Salgado & Associates, Inc.; VÍCTOR J. SALGADO-MICHEO,
in his capacity and as Stockholder of Víctor J. Salgado &
Associates, Inc.; ANA SALGADO-SALGADO, in her capacity and as
Stockholder of Víctor J. Salgado & Associates, Inc.,

Plaintiffs, Appellees,

v.

RAFAEL CESTERO-LOPATEGUI; JUAN A. MOLDES-RODRÍGUEZ; ALEXANDER
ADAMS; JAVIER RIVERA RÍOS,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on May 12, 2022, is amended as follows:

On page 8, line 10, after "(alteration in original)", add "(quoting 11 U.S.C. §§ 362(a)(1), 922(a)(1))".

On page 13, line 18, replace "sued[.]" with "sued,".

On page 13, line 19, replace "Id." with "id.".

On page 13, line 22, replace "functions;" with "functions";".